IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ADAM LEWIS,

                    Plaintiff,                                    ORDER

          v.

HUMANA INC.,                                                     25-cv-417-jdp

                    Defendant.

---

Plaintiff Adam Lewis, proceeding without counsel, alleges that defendant Humana, Inc., failed to accommodate him under the Americans with Disabilities Act. The court issued a summons for Lewis to serve Humana with the complaint, but Lewis did not do so by the deadline set by the court. The court gave Lewis another chance to file proof of service or otherwise file a status update, Dkt. 16, but Lewis has not responded. As the court warned Lewis, I will now dismiss the case without prejudice for his failure to prosecute it.

ORDER

IT IS ORDERED that:

1.  This case is DISMISSED without prejudice for plaintiff's failure to prosecute it.

2.  The clerk of court is directed to enter judgment accordingly and close the case.

Entered March 27, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge